United States District Court
Southern District of Texas
**ENTERED**
July 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| A.B., *by next friend*, CYNTHIA B.L., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-104 |
| § | |
| SANTA ROSA INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

On July 7, 2020, the Court issued its Order granting Defendant Santa Rosa Independent School District's Motion for Summary Judgment (Doc. 20) and denying Plaintiff Cynthia Briones-Lopez's Motion for Summary Judgment (Doc. 16). (*See* Order, Doc. 24)

In light of the Court's Order, Plaintiff has no remaining claims against the School District. Accordingly, it is:

**ORDERED** that Plaintiff take nothing by her lawsuit.

Unless otherwise agreed upon by the parties, each party shall bear its own costs and attorneys' fees. The Clerk of the Court is requested to close this matter.

SIGNED this 17th day of July, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge